**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| ARROW AIR, INC. AND | Case number 10-28831-AJC |
| ARROW AIR HOLDINGS CORP. | Case number 10-28834-AJC |
|       Debtors. | (Jointly Administered under |
| _____/ | Case number 10-28831-AJC) |
| BARRY E. MUKAMAL, Liquidating Trustee, on behalf of the Arrow Air Creditor Trust, | Adv. Case No. 12-01695-AJC |
|       Plaintiff, | |
| v. | |
| AT&T CORP., | |
|       Defendant. | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Dismissing Adversary Case with Prejudice as Settled* [ECF No. 13] was served via CM/ECF and/or first-class postage-prepaid U.S. Mail to the parties listed on the attached Service List on the 18th day of January, 2013.

Dated this 18th day of January, 2013.

*Counsel for the Plaintiff*
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

By:   /s/ Heather L. Harmon
     Heather L. Harmon, Esq.,
     Florida Bar. No. 13192

## SERVICE LIST

Karen Cavagnaro
AT&T Law Group
One AT&T Way Room 3A231
Bedminster, NJ 07921